UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| BRIANA L. HOLT,<br>   Plaintiff<br><br>  V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>   Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE  1:11-AT-00688 |

 Having considered the application to proceed without prepayment of fees under 28 USC §1915;

 IT IS ORDERED that the application is:

X GRANTED.

  X The clerk is directed to file the complaint.

  X IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____


ENTER this ___3rd___ day of _____November_____, __2011__.


                 /s/ Barbara A. McAuliffe
                 Signature of Judicial Officer

              BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
                 Name and Title of Judicial Officer